# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **JOSEPH LEMING,** | ) <br> ) <br> ) Case No.: 3:16-cv-00744 |
| Plaintiff, | ) |
| v. | ) <br> ) **NOTICE OF SETTLEMENT** |
| **MEDICREDIT INC.,** | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: October 3, 2016           /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (215) 540-8817
                                Email: aginsburg@creditlaw.com
                                Attorney for the Plaintiff

- 1 -

# CERTIFICATE OF SERVICE

Filed electronically on this 3rd day of October 2016, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 3rd day of October 2016, to:

**Thomas W. Whitworth, Esq.**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (Nashville)
SunTrust Plaza
401 Commerce Street
Suite 1200
Nashville, TN 37219
Phone:(615) 254-1900
Fax: (615) 254-1908
Email: tom.whitworth@ogletreedeakins.com

                                        By: /s/ Amy L. Bennecoff Ginsburg
                                            Amy L. Bennecoff Ginsburg
                                            Kimmel & Silverman, P.C.
                                            Attorney for Plaintiff