IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSEPH LEMING, | ) |
| Plaintiff, | ) Civil Action No. 3:16-cv-00744 |
| v. | ) |
| MEDICREDIT, INC., | ) |
| Defendant. | ) |

## AGREED ORDER

Upon the agreement of Plaintiff, Joseph Leming, and Defendant, MediCredit, Inc., it is hereby ORDERED, pursuant to Rule 41(a)(1)(A)(ii), this matter is dismissed with prejudice and with each party to bear its own costs and fees.

SO ORDERED, this _____ day of November, 2016.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT COURT

_____
Thomas W. Whitworth,
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Tel: (615) 687-2219
Fax: (615) 254-1908
tom.whitworth@ogletreedeakins.com

By: /s/ Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com